1  G. Thomas Martin, III (SBN 218456)
   **PRICE LAW GROUP, APC**
2  15760 Ventura Blvd., Suite 1100
3  Encino, CA 91436
   Direct Dial: (818) 907-2030
4  Fax: (818) 205-3730
   tom@plglawfirm.com
5

6  Attorney for Plaintiff,
   ANTHONY CENTERS
7

**FILED**

MAY 29 2012

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

8
                    **UNITED STATES DISTRICT COURT**
9
                  **NORTHERN DISTRICT OF CALIFORNIA**
10

11  ANTHONY CENTERS                    Case No.: **C12-02710**

12                                     **COMPLAINT AND DEMAND FOR JURY TRIAL**

13              Plaintiff,             **(Unlawful Debt Collection Practices)**

14        vs.                         **Demand Does Not Exceed $10,000**

15  DIVERSIFIED COLLECTION
    SERVICES, INC.;  DOES 1 to 10,
16  inclusive,

17              Defendants.

18
               **COMPLAINT AND DEMAND FOR JURY TRIAL**
19
                            **INTRODUCTION**
20
    1. This is an action for actual and statutory damages brought by plaintiff Anthony
21
    Centers an individual consumer, against defendant Diversified Collection Services,
22
    Inc., for violations of the Fair Debt Collection Practices Act, 15 U.S.C. §1692 *et*
23
    *seq.* (hereinafter ''FDCPA'') and the Rosenthal Fair Debt Collection Practices Act,
24
    Cal. Civ. Code §§ 1788 *et seq.* (hereinafter "RFDCPA"), which prohibit debt
25
    collectors from engaging in abusive, deceptive, and unfair practices.

- 1 -

## JURISDICTION

2. Jurisdiction of this court arises under 15 U.S.C. § 1692k(d), Cal. Civ. Code §§ 1788.30, and 28 U.S.C. § 1331 and § 1337. Venue in this District is proper in that the Defendant transacts business here and the conduct complained of occurred here.

## PARTIES

3. Plaintiff, Anthony Centers is a consumer, a natural person allegedly obligated to pay any debt, residing in the state of Indiana.

4. Defendant, Diversified Collection Services, Inc. is a corporation engaged in the business of collecting debt in this state with its principal place of business located in Alameda County at 333 North Canyons Parkway, Suite 100, Livermore, CA 94551. The principal purpose of Defendant is the collection of debts in this state and Defendant regularly attempts to collect debts alleged to be due another.

5. Defendant is engaged in the collection of debts from consumers using the mail and telephone. Defendant regularly attempts to collect consumer debts alleged to be due to another. Defendant is a ''debt collector'' as defined by the FDCPA, 15 U.S.C. § 1692a(6), and the Cal. Civ. Code § 1788.2.

## FACTUAL ALLEGATIONS

6. Upon information and belief, within one year prior to the filing of this complaint, Defendant placed collection calls to Plaintiff, displaying the intent to harass Plaintiff by calling him back within minutes of having just spoken to him, seeking and demanding payment for an alleged consumer debt owed under an account number.

7. The debt that Defendant is attempting to collect on is an alleged obligation of a consumer to pay money arising out of a transaction in which the money, property, insurance or services which are the subject of the transaction are

- 2 -

primarily for personal, family, or household purposes, whether or not such obligation has been reduced to judgment.

8. Upon information and belief, Defendant began contacting Plaintiff and placing collection calls to Plaintiff prior to April 30, 2012.

9. Upon information and belief, within one year of the filing of this complaint, Defendant utilized unfair and unconscionable means to collect on Plaintiff's alleged debt by lying to and/or making misleading representations in connection with an attempt to collect on Plaintiff's alleged debt; threatening to garnish Plaintiff's wages itself, when it cannot do so.

10. Defendant, during communications with Plaintiff, within one year from the filing of this complaint, did not state that Defendant was a debt collector, attempting to communicate a debt, and that any information would be used for that purpose.

11. As a result of the acts alleged above, Plaintiff suffered emotional distress resulting in Plaintiff feeling stressed, amongst other negative emotions.

## FIRST CLAIM FOR RELIEF

12. Plaintiff repeats and realleges and incorporates by reference to the foregoing paragraphs.

13. Defendant violated the FDCPA. Defendant's violations include, but are not limited to, the following:

 a. Defendant violated *§1692f* of the FDCPA by using unfair or unconscionable means in connection with the collection of an alleged debt; and

 b. Defendant violated *§1692e(10)* of the FDCPA by using false, deceptive, or misleading representation or means in connection with the collection of Plaintiff's alleged debt; and

c. Defendant violated *§1692e(2)(B)* of the FDCPA by falsely representing the services rendered or compensation which may be lawfully received by the Defendant for the collection of the alleged debt; and

d. Defendant violated *§1692e(5)* of the FDCPA by threatening to take action that it did not intend to take; and

(d) Defendant violated *§1692e(11)* of the FDCPA by failing to disclose in

e. the oral communications with Plaintiff that the communications were from a debt collector, and that the debt collector was attempting to collect a debt, and that any information obtained would be used for that purpose, when said communications were not formal pleadings; and

f. Defendant violated *§1692d(5)* of the FDCPA by causing Plaintiff's telephone to ring continuously with intent to annoy, abuse, or harass, the natural consequence of which was to harass, oppress and/or abuse Plaintiff.

14. As a result of the foregoing violations of the FDCPA, Defendant is liable to the plaintiff Anthony Centers for actual damages, statutory damages, and costs and attorney fees.

## SECOND CLAIM FOR RELIEF

15. Plaintiff repeats and realleges and incorporates by reference the foregoing paragraphs.

16. Defendant violated the RFDCPA. Defendant's violations include, but are not limited to the following:

a. Defendant violated *§1788.17* of the RFDCPA by being a debt collector collecting or attempting to collect a consumer debt that is not

compliant with the provisions of Sections 1692b to 1692j of the FDCPA, the references to federal codes in this section referring to those codes as they read as of January 1, 2001.

17. Defendant's acts as described above were done intentionally with the purpose of coercing Plaintiff to pay the alleged debt.

18. As a result of the foregoing violations of the RFDCPA, Defendant is liable to the plaintiff Anthony Centers for actual damages, statutory damages, and costs and attorney fees.

WHEREFORE, Plaintiff Anthony Centers respectfully requests that judgment be entered against defendant Diversified Collection Services, Inc. for the following:

A. Actual damages.

B. Statutory damages pursuant to 15 U.S.C. § 1692k.

C. Statutory damages pursuant to Cal. Civ. Code § 1788.30.

D. Costs and reasonable attorney fees pursuant to 15 U.S.C. § 1692k and Cal. Civ. Code § 1788.30.

E. For such other and further relief as the Court may deem just and proper.

## DEMAND FOR JURY TRIAL

PLEASE TAKE NOTICE that Plaintiff, Anthony Centers demands trial by jury in this action.

RESPECTFULLY SUBMITTED,

**PRICE LAW GROUP APC**

DATED:  May 21, 2012              By:_____

G. Thomas Martin, III

Attorney for Plaintiff